UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

-------------------------------------------------------x

DEBORAH COHEN,

                                     Case No. 3:15-cv-08877

            Plaintiff,                **NOTICE OF VOLUNTARY**

               v.                     **DISMISSAL PURSUANT TO**

CREDIT MANAGEMENT, LP and      **F.R.C.P. 41(a)(1)(A)(i)**

  CARRIE FINNEY, PRESIDENT, CFO

            Defendant.

-------------------------------------------------------x

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff DEBORAH COHEN and her counsel hereby give notice that she voluntarily dismisses her claim against the Defendant with prejudice, with each side to bear its own fees and costs.

Dated:  September 15, 2016           Edward B. Geller, Esq., P.C. by

                                          _____

                                      Edward B. Geller, Esq.

                                      Attorney for Plaintiff